IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DARYL LENARD GERMAN,**

    **Plaintiff,**

v.                                           Case No. 4:23-cv-516-AW-MAF

**JUSTICE HARDING, GOVERNOR
RON DESANTIS, ASHLEY MOODY,
and RICKY DIXON,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se prisoner Daryl German has sued former Florida Supreme Court Justice Major Harding, among others. His operative complaint, like its predecessors, contends Justice Harding misinterpreted a statute in 1987, leading to his current incarceration. He contends Florida's current governor and attorney general are complicit in his illegal detention. The magistrate judge recommends dismissal based on *Heck v. Humphry*. I agree, and I will dismiss on that basis.

I now adopt the report and recommendation (ECF No. 22) and incorporate it into this order. Furthermore, claims against Justice Harding must fail based on judicial immunity. And claims against the other defendants fail because there are no facts alleged suggesting what they did to violate German's rights.

I considered de novo the issues presented in German's objections (ECF No. 23), and I overrule all objections.

1

The motion for appointed counsel (ECF No. 21) is DENIED. German has no constitutional or statutory right to counsel in this circumstance, and as a matter of discretion, I find there is no need for appointed counsel. His claims lack any legal basis, and appointed counsel would therefore provide no benefit.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on June 13, 2024.

                                          s/ *Allen Winsor*
                                          United States District Judge